IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:22-cv-00194-MOC-WCM

| | |
|---|---|
| OLEG KOKAREV, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> UR JADDOU ) <br> *in her official capacity as Director,* ) <br> *U.S. Citizenship and Immigration Services,* ) <br> **IMMIGRANT INVESTOR PROGRAM OFFICE** ) <br> *a component of U.S. Citizenship* ) <br> *and Immigration Services* ) <br> ) <br> Defendants. ) <br> _____ ) | ORDER |

This matter is before the Court on Plaintiff's Motion for Admission *Pro Hac Vice* and Affidavit (Doc. 4) filed by David Nicholas Harling. The Motion indicates that Mr. Harling, a member in good standing of the Bar of this Court, is local counsel for Plaintiff and that he seeks the admission of Jesse M. Bless, who the Motion represents as being a member in good standing of the Bar of Massachusetts. It further appears that the requisite admission fee has been paid, and that there is no opposition to the Motion.

Accordingly, the Court **GRANTS** the Motion (Doc. 4) and **ADMITS** Jesse M. Bless to practice *pro hac vice* before the Court in this matter while associated with local counsel.

Signed: September 9, 2022

W. Carleton Metcalf
United States Magistrate Judge